UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MATTHEW S. SCHARVER,

    Plaintiff,

v.                                             CASE NO: 8:10-cv-874-T-23TBM

BINDER & BINDER — THE NATIONAL
SOCIAL SECURITY DISABILITY
ADVOCATES (FL), LLC, et al.,

    Defendants.
_____/

**ORDER**

The plaintiff sues and alleges retaliation in violation of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 201 et seq., and the Florida Minimum Wage Act, Section 448.110(5), Florida Statutes. The defendant moves (Doc. 9) to dismiss the complaint for failure to state a claim, and the plaintiff responds (Doc. 10) in opposition.

The complaint adequately alleges an employment relationship between the plaintiff and the defendant. The complaint alleges that plaintiff objected to the defendant's refusing properly to compensate the plaintiff in accord with the Florida Minimum Wage Act and the FLSA. The defendant allegedly terminated the plaintiff in retaliation for the plaintiff's opposing the defendant's unlawful compensation practices. The complaint contains "a short and plain statement of the claim." Rule 8(a), Federal Rules of Civil Procedure. The motion to dismiss (Doc. 9) is **DENIED**.

ORDERED in Tampa, Florida, on May 28, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE